IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01348-CMA-KLM

20/20 FINANCIAL CONSULTING, INC., a Colorado corporation,

    Plaintiff,

v.

CLEAR CREEK CONSULTING, INC., a Colorado corporation, and
JOHN DOES 1-5,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [Docket No. 15; Filed December 1, 2010] (the "Motion").  The Motion is timely, pursuant to the deadline established in the Scheduling Order [Docket No. 8] entered on September 2, 2010.  The Court has discretion to grant a party leave to amend its pleadings. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *see* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires.").  "In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.–the leave sought should, as the rules require, be 'freely given.'" *Id.*  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court shall accept Plaintiff's First Amended Complaint [Docket No. 15-1] for filing as of the date of this order.

    Dated:  December 3, 2010