IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01348-CMA-KLM

20/20 FINANCIAL CONSULTING, INC., a Colorado corporation,

    Plaintiff,

v.

CLEAR CREEK CONSULTING, INC., a Colorado corporation, and
JOHN DOES 1-5,

    Defendants.

---

### ORDER OF DISMISSAL

---

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice (the "Motion for Dismissal") (Doc. # 39), filed by Plaintiff 20/20 Financial Consulting, Inc. and Defendant Clear Creek Consulting, Inc.  For good cause shown,

It is hereby ORDERED as follows:

1.     The Motion for Dismissal is GRANTED;

2.     Subject to the terms stated herein, this case is DISMISSED WITH PREJUDICE;

3.     The Order Granting Unopposed Motion for Entry of an Order for Permanent Injunction (Doc. # 10), entered November 1, 2010 (the "Order") and the Judgment (Doc. # 11), entered November 2, 2010 pursuant to and in accordance with the Order, shall remain in full force and effect, and the dismissal of this case shall not affect the Order and the Judgment;

4. The Court shall retain jurisdiction for the purposes of implementing and enforcing the terms of the Order and the Judgment; and

5. The parties shall each pay their own respective costs and attorneys' fees.

DATED this __6th__ day of April, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge